ASHEVILLE, N.C.

DEC - 6 2016

U.S. DISTRICT COURT
W. DIST. OF N.C.

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 1:16cr150 |
| | ) | |
| | ) | **BILL OF INDICTMENT** |
| VS. | ) | |
| | ) | Violations: |
| | ) | |
| ANTHONY JASON SHELL, | ) | 18 U.S.C. § 2243(a) |
| Defendant. | ) | 18 U.S.C. § 2422(b) |
| | ) | 18 U.S.C. § 1153 |

## THE GRAND JURY CHARGES:

### COUNT ONE

On or about the 6th day of September, 2014, in Jackson County, in Indian country, that is within the boundaries of the Eastern Band of Cherokee Indians reservation, and within the Western District of North Carolina, the defendant

### ANTHONY JASON SHELL

an Indian, did knowingly engage and attempt to engage in a sexual act, that being contact between the penis and the vulva involving penetration, however slight, with another person who had attained the age of 12 years but had not attained the age of 16 years, and who was at least four years younger than the defendant, in violation of Title 18, United States Code, Sections 2243(a) and 1153.

## COUNT TWO

On or about August 31, 2014 and continuing through on or about September 8, 2014, in Jackson County, and within the Western District of North Carolina, the defendant

### ANTHONY JASON SHELL

did knowingly persuade, induce, entice, and coerce, and did knowingly attempt to persuade, induce, entice and coerce an individual whom he believed to not yet have attained the age of 18 years, to engage in any sexual activity for which any person can be charged with a criminal offense, that offense being included in this indictment in <u>Count One</u> above, and in so doing used a facility and means of interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 2422(b).

A TRUE BILL:

_____
FOREPERSON

JILL WESTMORELAND ROSE
UNITED STATES ATTORNEY

_____
JUSTIN EASON
SPECIAL ASSISTANT UNITED STATES ATTORNEY