IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:16 cr 150



| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | CERTIFICATION |
| | ) | |
| ANTHONY JASON SHELL. | ) | |
| | ) | |

**NOW COMES** Anthony Jason Shell, who being first duly sworn to tell the truth states and certifies that after consulting with my attorney, Emily M. Jones, and pursuant to the Plea Agreement (#17) entered into and filed in this matter on April 18, 2017 that I, Anthony Jason Shell, do hereby state, certify and stipulate that the "Factual Basis" (#18) filed in this matter and all the information and statements therein are true and accurate and had this matter proceeded to trial, the United States would have been able to prove the statements in the Factual Basis beyond a reasonable doubt.

This the 21 day of April 2017.

_Anthony Shell_
Anthony Jason Shell, Defendant

1

Defendant's Counsel's Signature: I am the attorney for ANTHONY JASON SHELL. I have carefully reviewed the Factual Basis (#18) filed in this matter with the Defendant. To my knowledge, his decision to stipulate to these facts is an informed and voluntary decision.

This the 21 day of April 2017.

_____
Emily M. Jones, Counsel for Defendant